IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRENT TYLER TREPANIA,

   Plaintiff,

  v.

SAWYER COUNTY JAIL,
LT. JOE SAJDERA, ROBIN NELSON,
MICHAEL WOLLER, JOSHUA
THOMPSON, and CAROL JEGLUM,

   Defendants.

Case No. 20-cv-854-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

/s/
Peter Oppeneer, Clerk of Court

March 8, 2022
Date